**Order entered July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-91-01392-CR

**ALFRED LEE STONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## No. 05-15-00661-CV

**IN RE ALFRED LEE STONE, Relator**

# ORDER

The Court **DENIES** appellant's July 20, 2015 pro se motions to forward the records in the above cases to the United States District Court for the Northern District of Texas.

/s/    CAROLYN WRIGHT
          CHIEF JUSTICE